**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Fernando Henriquez Garcia,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No.: 2:26-cv-02361-JAD-DJA

**Order Granting Petitioner's Motion to Dismiss and Closing Case**

[ECF No. 24]

Petitioner Fernando Henriquez Garcia filed a pro se petition for a writ of habeas corpus in August 2026.[1] Elejalde now moves to dismiss his case because he was lawfully removed to El Salvador on November 17, 2026.[2] Because Garcia's removal renders moot the claims in his petition, I grant his motion and close this case.

IT IS THEREFORE ORDERED that Fernando Henriquez Garcia's motion to dismiss **[ECF No. 24] is GRANTED**. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
November 24, 2026

[1] ECF Nos. 1-1, 4.

[2] ECF No. 24.